[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 21, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-11949
Non-Argument Calendar

_____

D. C. Docket No. 07-20194-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEXIS MACEO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 21, 2009)**

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Thomas F. Almon, appointed counsel for Alexis Maceo in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Maceo's conviction and sentence is **AFFIRMED**.